IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>TAMMIE J. YOUNG a/k/a TAMMIE EGGE,<br><br>　　　　　Defendant. | 4:22CR3125<br><br>INFORMATION<br><br>21 U.S.C. § 841(a)(1), (b)(1) |

The United States Attorney charges that

## COUNT I

On or about October 14, 2021, in the District of Nebraska, Defendant TAMMIE J. YOUNG a/k/a TAMMIE EGGE did knowingly and intentionally distribute 50 grams or more of methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance; and 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

UNITED STATES OF AMERICA
Plaintiff

STEVEN A. RUSSELL
Acting United States Attorney
District of Nebraska

By: *(signature)*
JOHN J. SCHOETTLE, #IL6321461
Assistant U.S. Attorney
487 Federal Building
100 Centennial Mall North
Lincoln, NE  68508-3865
Tel:  (402) 437-5241
Fax:  (402) 437-5390

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

*(signature)*
JOHN J. SCHOETTLE, #IL6321461
Assistant U.S. Attorney